April 11, 2008

Ms. Rebecca M. Alcantar
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1201 Elm Street, Suite 5000
Dallas, TX 75270
Mr. Darrell L. Keith
Keith Law Firm, P.C.
1705 West Seventh Street
Fort Worth, TX 76102

RE: Case Number: 07-0422
 Court of Appeals Number: 02-07-00047-CV
 Trial Court Number: 048-214561-05

Style: METWEST INC. D/B/A QUEST DIAGNOSTICS INCORPORATED
 v.
 MIGUEL RODRIGUEZ, JR., MIGUEL RODRIGUEZ AND LUCY RODRIGUEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. William Dixon |
| |Wiles |
| |Mr. Joel J. Steed |
| |Mr. Thomas A. Wilder|